```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANTHONY ORTIZ,
```
|  |  |
|---|---|
| Petitioner, | 20-cv-2785 (PKC) |
| -against- | ORDER |

```
THOMAS DECKER, in his official capacity as
Director of the New York Field Office of U.S.
Immigration and Customs Enforcement, CHAD
WOLF, in his official capacity as Acting Secretary
of the Department of Homeland Security;
WILLIAM BARR, United States Attorney General;
STEVEN AHRENDT, Warden of the Bergen
County Jail,

                        Respondents.
-----------------------------------------------------------x
```

CASTEL, U.S.D.J.

        Since February 12, 2020, Petitioner Anthony Ortiz has been detained by U.S. Immigration and Customs Enforcement ("ICE") at the Bergen County Jail in Hackensack, New Jersey. (Doc. 1 ¶ 1). Mr. Ortiz suffers from a compromised immune system. (Doc. 1 ¶ 2). On April 3, 2020, Mr. Ortiz filed a petition for a writ of habeas corpus, seeking his immediate release from custody.

        For substantially the same reasons as put forth by Judge Engelmayer in <u>Reyes v. Decker</u>, No. 20-cv-2737 (PAE) (S.D.N.Y. Apr. 2, 2020) (Dkt. No. 4), the Court holds *sua sponte* that it lacks venue over Mr. Ortiz's habeas claim and therefore transfers this action to the District of New Jersey. The Court also waives the seven-day period provided in Local Civil Rule 83.1 to effectuate a transfer to a different district.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
April 8, 2020